# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES MICHAEL CHARLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 1:16-cv-00280-TWP-DML |
| | ) |
| J. HOOD, | ) |
| *et al.* | ) |
| Defendants. | ) |

**Entry Dismissing Action and Directing Entry of Final Judgment**

In the Entry of February 10, 2016, the Complaint in this action was screened and dismissed for failure to state a claim upon which relief can be granted. The plaintiff was given an opportunity to either show cause why the action should not be dismissed or file an Amended Complaint. In that same Entry, an initial partial filing fee in the amount of $3.67 was assessed and the plaintiff was given through March 11, 2016, in which to pay that amount to the Clerk of the Court.

The plaintiff has not paid the initial partial filing fee nor responded to the order to show cause. The deadline for doing both has passed. Accordingly, this action is dismissed for failure to prosecute, failure to comply with the Court's orders, and failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 3/30/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JAMES MICHAEL CHARLES
179240
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only